# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RYAN CATON AND JAMIE LYNN CATON, H/W | : No. 515 MAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| | : |
| ONE FLOOR, LLC, MARTIN GREENBAUM COMPANY, INC. D/B/A MARTIN GREENBAUM COMPANY, LLC, MIMOSA REALTY CO., LLC AND PLYMOUTH ROCK APARTMENTS, LLC | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| LUIS CARLOS MOLINA MENDEZ | : |
| | : |
| | : |
| PETITION OF: ONE FLOOR, LLC | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 27th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**. The Emergency Application for Stay of Trial Court Proceedings and April 5, 2024 Trial Pending Disposition of Petition for Allowance of Appeal is **DENIED AS MOOT**.